CLERK'S OFFICE U.S. DIST COURT
AT ABINGDON, VA
FILED
MAR 22 2007
JOHN F. CORCORAN, CLERK
BY: /s/ 
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| EVA C. COLEMAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:06CV00007 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **COMMISSIONER OF SOCIAL** ) | By: James P. Jones |
| **SECURITY,** ) | Chief United States District Judge |
| ) | |
| Defendant. ) | |

It appearing that no objections have been timely filed to the Report setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. The Motion for Summary Judgment by the Commissioner of Social Security ("Commissioner") is GRANTED;

3. The final decision of the Commissioner is AFFIRMED; and

4. This case is closed.

ENTER: March 22, 2007

/s/ James P. Jones
Chief United States District Judge